ACCEPTED
03-15-00446-CV
6584233
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 2:27:17 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00446-CV

IN THE

COURT OF APPEALS FOR THE

THIRD COURT OF APPEALS DISTRICT

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 2:27:17 PM
JEFFREY D. KYLE
Clerk

———————

BAXTER OIL SERVICE, LTD.

APPELLANT

VERSUS

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

APPELLEE

———————

APPEAL FROM THE 345TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS
NO. D-1-GN-1-0-000772

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

NOW COMES Appellant Baxter Oil Service, Ltd. and files this Unopposed Motion

for Extension of Time to File Opening Brief, and in support thereof would

respectfully show the Court as follows:

1.  Baxter filed its notice of appeal on July 17, 2015.  The clerk's record was filed

on July 31, 2015, and the reporter's record was filed on August 3, 2015.

2. Appellant hereby requests an extension for filing its opening brief.

Appellant requires additional time because Appellant's counsel did not represent

{00030275}

Appellant in the proceedings below, making it necessary for Appellant's counsel to spend additional time familiarizing themselves with the record on appeal. Additionally, lead appellate counsel has several other deadlines throughout August and September of 2015, including briefing deadlines in:

    a. *Crawford Medical Supplies, LLC et al. v. Huntliegh Home Medical, Ltd. et al.*; No. 04-15-00427-CV, in the Fourth Court of Appeals District, San Antonio, Texas;

    b. *Board of Adjustment for the City of San Antonio v. Michael and Theresa Hayes*; No. 04-15-00021-CV, in the Fourth Court of Appeals District, San Antonio, Texas

3. Appellant requests an extension such that the brief will be due on or before September 25, 2015.

4. Counsel for Appellant contacted counsel for Appellee, who indicated that the requested extension is unopposed.

5. This is Appellant's first request for an extension for filing its opening brief and the extension is not sought for delay, but so that justice may be had.

WHEREFORE Appellant prays that this Motion be granted such that Appellant's opening brief be considered timely filed on or before September 25, 2015, and this Court award Appellant such other and further relief, both general and special, at law or in equity, to which it may be entitled.

Respectfully submitted,

**PULMAN, CAPPUCCIO,**
**PULLEN, BENSON & JONES, LP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By:  */s/ Etan Z. Tepperman*
Elliott S. Cappuccio
Texas State Bar No. 24008419
ecappuccio@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
Etan Z. Tepperman
Texas State Bar No. 24088514
etepperman@pulmanlaw.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that on the 20th day of August, 2015, the foregoing Appellant's Unopposed Motion for Extension of Time to File Opening Brief was served in accordance with the Texas Rules of Appellate Procedure addressed as follows:

*Via Email to thomas.edwards@texasattorneygeneral.gov:*
Mr. Thomas H. Edwards
*Via Email to craig.pritzlaff@texasattorneygeneral.gov:*
Mr. Craig Pritzlaff
Office of the Attorney General
Environmental Protection Division
P.O. Box. 12548, Capitol Station
Austin, Texas 78711

*/s/ Etan Z. Tepperman*
Etan Z. Tepperman